**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50256 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-01386-ODW |
| v. | |
| DAVID MICHAEL JIMENEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Otis D. Wright, II, District Judge, Presiding

Submitted July 17, 2012[**]

Before:     SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

David Michael Jimenez appeals from the 188-month sentence imposed

following his guilty-plea conviction for conspiracy to distribute and possess with

intent to distribute methamphetamine, in violation of 21 U.S.C. § 846.  We have

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jimenez contends that the district court procedurally erred by basing his sentence on internet research. This contention is belied by the record because the court did not impose sentence on the basis of internet research. There was no plain error.

Jimenez also contends that his sentence is substantively unreasonable. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 53-60 (2007).

**AFFIRMED.**

2